

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Paula Denise Dixon Hawkins, Appellant

No. 06-23-00250-CR        v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 53962-A).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the clerk's bill of costs and the trial court's judgment by deleting the duplicative court costs of $355.00.  As modified, we affirm the judgment of the trial court.

We note that the appellant, Paula Denise Dixon Hawkins, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 21, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk